1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9

10   ANTHONY A. SHARP,                          Case No. 24-cv-08009-RS (PR)

                Petitioner,

11

       v.                                       **ORDER OF TRANSFER**

12

13   COALINGA STATE HOSPITAL,

                Respondent.

14

15

16         Petitioner challenges a detainer imposed as a result of state convictions he received

17   in the San Diego County Superior Court, which lies in the Southern District of California.

18   Accordingly, this action is TRANSFERRED to the Southern District of California, as that

19   is the district of conviction.  28 U.S.C. §§ 84(d), 1404(a), 2241(d); Habeas L.R. 2254-3(b).

20   The Clerk shall transfer this action forthwith.

21         **IT IS SO ORDERED.**

22   **Dated:**  November  19 , 2024

23                                              _____
                                                    RICHARD SEEBORG
24                                              Chief United States District Judge

25

26

27

28

United States District Court
Northern District of California