UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>                              Petitioner,<br><br>v.<br><br>COALINGA STATE HOSPITAL,<br><br>                              Respondent. | Case No.: 3:24-cv-2168-JO-KSC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

      Petitioner, a state prisoner proceeding *pro se*, has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. Dkt. 1. First, this case cannot proceed because Petitioner has neither paid the $5.00 filing fee nor moved to proceed *in forma pauperis* ("IFP").

      Second, although the Court would typically allow Petitioner an opportunity to either pay the fee or move to proceed IFP, in this case, it would be futile to do so because Petitioner is not in custody for the conviction or sentence that he seeks to challenge. *See* Dkt. 1 at 1. In order for this Court to have jurisdiction, "the habeas petitioner [must] be 'in custody' under the conviction or sentence under attack" at the time the petition is filed. *Maleng v. Cook*, 490 U.S. 488, 490–91 (1989) (citing 28 U.S.C. §§ 2241(c)(3) & 2254(a)); *see Carafas v. LaVallee*, 391 U.S. 234, 238 (1968). While Petitioner seeks to challenge his 1997 San Diego County Superior Court judgment, *see* Dkt. 1 at 1, he admits that he is not currently in custody pursuant to the sentence that followed; his pleadings indicate: "full

sentence completed." *Id.* The Court therefore lacks jurisdiction to adjudicate this Petition. For the above reasons, the Petition is **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to close this case.

      **IT IS SO ORDERED.**

Dated: December 10, 2024

_____
Hon. Jinsook Ohta
United States District Judge